Adam T. Klein (AK 3293)
Piper Hoffman (PH 4990)
Tara Lai Quinlan (TQ 0717)
OUTTEN & GOLDEN LLP
3 Park Ave., 29th Floor
New York, NY 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
Email:  atk@outtengolden.com
Email:  ph@outtengolden.com
Email:  tlq@outtengolden.com

Rachel Geman (RG 0998)
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
Email:  rgeman@lchb.com

*Attorneys for Plaintiff and Class Members*
*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELI, on behalf of himself and those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　　　Defendant. | Case No.  08-CV-3688<br><br>**NOTICE OF FILING**<br>**OF CONSENT TO JOIN FORM(S)** |

The Consent to Join forms of the following individual are attached hereto as Exhibit A. This individual chooses to participate in this Fair Labor Standards Act collective action, and he chooses to be represented by the attorneys for Plaintiffs in this action.

1. Jeffrey M. Weiss

Respectfully submitted,

Dated: May 28, 2008

By: /s/ Piper Hoffman
Piper Hoffman

Adam T. Klein (AK 3293)
Piper Hoffman (PH 4990)
Tara Lai Quinlan (TQ 0717)
OUTTEN & GOLDEN LLP
3 Park Ave., 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
Email: atk@outtengolden.com
Email: ph@outtengolden.com
Email: tlq@outtengolden.com

Kelly M. Dermody (SBN 171716) *(pro hac vice application forthcoming)*
Jahan C. Sagafi (SBN 224887) *(pro hac vice application forthcoming)*
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: kdermody@lchb.com
Email: jsagafi@lchb.com

Rachel Geman (RG 0998)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: rgeman@lchb.com

Steven G. Zieff *(pro hac vice application forthcoming)*
Patrice R. Goldman *(pro hac vice application forthcoming)*
David A. Lowe *(pro hac vice application forthcoming)*
Kenneth J. Sugarman *(pro hac vice application forthcoming)*
RUDY, EXELROD & ZIEFF, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 434-9800
Facsimile:  (415) 434-0513
Email:  szieff@reztlaw.com
Email:  plg@rezlaw.com
Email:  dal@reztlaw.com
Email:  kjs@reztlaw.com

Todd F. Jackson *(pro hac vice application forthcoming)*
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone:  (510) 839-6824
Facsimile:  (510) 839-7839
Email:  tjackson@lewisfeinberg.com

James M. Finberg *(pro hac vice application forthcoming)*
Eve H. Cervantez *(pro hac vice application forthcoming)*
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Email:  jfinberg@altshulerberzon.com
Email:  ecervantez@altshulerberzon.com

Ira Spiro *(pro hac vice application forthcoming)*
SPIRO MOSS BARNESS HARRISON & BARGE, LLP
11377 W. Olympic Blvd., Fl. 5
Los Angeles, CA 90064-1625
Telephone:  (310) 235-2468
Facsimile:  (310) 235-2456
Email:  ispiro@smbhblaw.com

J. Derek Braziel *(pro hac vice application forthcoming)*
LEE & BRAZIEL, LLP
208 N. Market Street
Dallas, TX 75202
Telephone: (214) 749-1400
Facsimile: (214) 749-1010
Email: jdbraziel@l-b-law.com

Richard Burch *(pro hac vice application forthcoming)*
BRUCKNER BURCH, PLLC
5847 San Felipe, Suite 3900
Houston, TX 77057
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
Email: rburch@brucknerburch.com

David Borgen *(pro hac vice application forthcoming)*
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417
Email: borgen@gdblegal.com

*Attorneys for Plaintiffs and the proposed Plaintiff Classes*

**Exhibit A**

## CONSENT TO JOIN FORM

### Consent to sue under the Fair Labor Standards Act (FLSA)

I work or worked for International Business Machines Corporation (IBM) at some point between June 12, 2007 and February 16, 2008 as a technical support worker with the primary duty of installing and/or maintaining computer software and hardware.

I choose to participate in the FLSA collective action titled *Danieli v. IBM Corp.*, 08-cv-3688 (S.D.N.Y.).

I choose to be represented in this matter by the named plaintiff(s) in this action.

Print Name: JEFFREY M. WEISS

Signature: /s/ Jeffrey M. Weiss

Date Signed: 4-23-2008