SCANNED

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Danieli, on behalf of himself and those similarly situated,

Plaintiff,

- against -

International Business Machines Corporation

Defendant.

08 cv 3688 (RWS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Piper Hoffman a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: John T. Mullan
Firm Name: Rudy, Exelrod & Zieff, LLP
Address: 351 California Street, Suite 700
City/State/Zip: San Francisco, CA 94104
Phone Number: (415) 434-9800
Fax Number: (415) 434-0513

John T. Mullan is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against John T. Mullan in any State or Federal court.

Dated: May 21, 2008
City, State: New York, NY

Respectfully submitted,

Sponsor's Piper Hoffman
SDNY Bar PH 4990
Firm Name: Outten & Golden LLP
Address: 3 Park Ave., 29th Floor
City/State/Zip: New York, NY 10016
Phone Number: (212) 245-1000
Fax Number: (212) 977-4005

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

Michael Danieli, individually and on behalf of others similarly situated,

Plaintiff,

- against -

International Business Machines Corporation

Defendant.

08 cv 3688 (RWS)

AFFIDAVIT OF
PIPER HOFFMAN
IN SUPPORT OF MOTION
TO ADMIT JOHN T. MULLAN
PRO HAC VICE

State of New York    )
                     ) ss:
County of New York   )

Piper Hoffman, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Outten & Golden LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit John T. Mullan as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in New York on 2/26/03. I am also admitted to the bars of Massachusetts and D.C. and of the United States District Court for the Southern District of New York, and am in good standing in all of these bars.

3. John T. Mullan is an associate at Rudy, Exelrod & Zieff, LLP in San Francisco, California.

4. I I have found Mr. Mullan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of John T. Mullan, pro hac vice.

6. I respectfully submit a proposed order granting the admission of John T. Mullan, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit John T. Mullan pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 05/21/2008
City, State: New York, NY
Notarized:

Respectfully submitted,

Name of Movant: Piper Hoffman
SDNY Bar Code: PH 4990

SDNY Form Web 10/2006

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 13, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN THOMAS MULLAN, #221149 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Danieli, on behalf of himself and those similarly situated,

Plaintiff,

08 cv 3688 (RWS)

- against -

International Business Machines Corporation    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Piper Hoffman attorney for Michael Danieli, on behalf of himself and those similarly situated, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | John T. Mullan |
| Firm Name: | Rudy, Exelrod & Zieff, LLP |
| Address: | 351 California Street, Suite 700 |
| City/State/Zip: | San Francisco, CA 94104 |
| Telephone/Fax: | (415) 434-9800 |
| Email Address: | jtm@rezlaw.com |

is admitted to practice pro hac vice as counsel for Michael Danieli, on behalf of himself and those similarly situated, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPT#
SDNY Form Web 10/2006