Matthew W. Lampe (*pro hac vice* application forthcoming)
mwlampe@jonesday.com
Wendy C. Butler (WB-2539)
wbutler@jonesday.com
Craig S. Friedman (CF-1988)
csfriedman@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

Matthew W. Ray (*pro hac vice* application forthcoming)
mwray@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
(214) 220-3939

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELI, on behalf of himself and those similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Defendant. | **08 CV 3688 (RWS)**<br><br>**ECF CASE**<br><br><u>**NOTICE OF APPEARANCE**</u> |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for International Business Machines

Corporation.  I certify that I am admitted to practice in this Court.

Dated:  May 29, 2008                JONES DAY

    /s/ Craig S. Friedman
_____
Craig S. Friedman (CF-1988)
cfriedman@jonesday.com
222 East 41st Street
New York, New York 10017
(212) 326-3939
Attorneys for Defendant
International Business Machines Corporation

NYI-4091968v1

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing NOTICE OF

APPEARANCE to be served on the following counsel of record this 29th day of May, 2008 by

forwarding a copy, by First Class mail, addressed to:

Adam T. Klein, Esq.
Piper Hoffman, Esq.
Tara Lai Quinlan, Esq.
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016

James M. Finberg, Esq.
Eve H. Cervantez, Esq.
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108

Rachel Geman, Esq.
Lieff, Cabraser, Heimann & Berinstein LLP
780 Third Avenue, 48th Floor
New York, New York 10017

Ira Spiro, Esq.
Sprio Moss Barness Harrison & Barge, LLP
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, California 90064-1625

Kelly M. Dermody, Esq.
Jahan C. Sagafi, Esq.
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery Street, 30th Floor
San Francisco, California 94111-3339

J. Derek Braziel, Esq.
Lee & Braziel LLP
208 North Market Street
Dallas, Texas 75202

Steven G. Zieff, Esq.
Patrice R. Goldman, Esq.
David A. Lowe, Esq.
Kenneth J. Sugarman, Esq.
David A. Lowe, Esq.
Rudy, Exelrod & Zieff LLP
351 California Street, Suite 700
San Francisco, California 94104

Richard Burch, Esq.
Bruckner Burch, PLLC
5847 San Felipe, Suite 3900
Houston, Texas 77057

Todd F. Jackson, Esq.
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, California 94612

David Borgen, Esq.
Goldstein, Demchak, Baller, Borgen &
Dardarian
300 Lakeside Drive, Suite 1000
Oakland, California 94612

/s/ Craig S. Friedman
_____
Craig S. Friedman