SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Michael Danieli, on behalf of himself and those similarly situated,

Plaintiff,

- against -

International Business Machines Corporation

Defendant.

___08___ cv ___3688___ (RWS)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Piper Hoffman        a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: James M. Finberg

Firm Name: Altshuler Berzon LLP

Address: 177 Post Street, Suite 300

City/State/Zip: San Francisco, California 94108

Phone Number: (415) 421-7151

Fax Number: (415) 362-8064

James M. Finberg                is a member in good standing of the Bar of the States of

California

There are no pending disciplinary proceeding against James M. Finberg

in any State or Federal court.

Dated: May 21, 2008

City, State: New York, NY

Respectfully submitted,

Sponsor's Piper Hoffman

SDNY Bar PH 4990

Firm Name: Outten & Golden LLP

Address: 3 Park Ave., 29th Floor

City/State/Zip: New York, NY 10016

Phone Number: (212) 245-1000

Fax Number: (212) 977-4005

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

UNITED STATES DISTRICT

SOUTHERN DISTRICT OF NEW YORK

Michael Danieli, individually and on
behalf of others similarly situated,

                                          Plaintiff,

                - against -

International Business Machines          Defendant.
Corporation


State of New York        )
                         )        ss:
County of New York       )


08    cv    3688    (RWS)

AFFIDAVIT OF
PIPER HOFFMAN
IN SUPPORT OF MOTION
TO ADMIT JAMES M. FINBERG
PRO HAC VICE


      Piper Hoffman        , being duly sworn, hereby deposes and says as follows:

1.  I am    a partner at Outten & Golden LLP    , counsel for Plaintiff in the above captioned action.  I am
    familiar with the proceedings in this case.  I make this statement based on my personal knowledge of
    the facts set forth herein and in support of Plaintiff's motion to admit James M.    as counsel pro
    hac vice to represent Plaintiff in this matter.        Finberg

2.  I am a member in good standing of the bar of the State of New York and was admitted to practice law
    in New York on 2/26/03.  I am also admitted to the bars of Massachusetts and D.C. and of the United
    States District Court for the Southern District of New York, and am in good standing in all of these
    bars.

3.  I have known James M. Finberg for several years .

4.  Mr. Finberg is a partner at Altshuler Berzon LLP in San Francisco, California.

5.  I I have found Mr. Finberg    to be a skilled attorney and a person of integrity. He  is experienced in
    Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of James M.    , pro hac vice.
                                                    Finberg

7.  I respectfully submit a proposed order granting the admission of James M.    , pro hac vice, which
    is attached hereto as Exhibit A.                            Finberg


WHEREFORE it is respectfully requested that the motion to admit James M.    , pro hac vice, to represent
Plaintiff in the above captioned matter, be granted.                Finberg


Dated:  05/21/2008

City, State:  New York, NY

Notarized:

                                          Respectfully submitted,



                                          Name of Movant:  Piper Hoffman

                                          SDNY Bar Code:  PH 4990

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 16, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES MICHAEL FINBERG, #114850 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1984; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Danieli, on behalf of himself and                 Plaintiff,
those similarly situated,

                                                                            08   cv  3688        (RWS)

          - against -
International Business Machines Corporation      Defendant.          ORDER FOR ADMISSION
                                                                                      PRO HAC VICE
                                                                                  ON WRITTEN MOTION

Upon the motion of  Piper Hoffman            attorney for  Michael Danieli, on behalf of himself and those similarly situated,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

          Applicant's Name:      James M. Finberg

          Firm Name:                Altshuler Berzon LLP

          Address:                   177 Post Street, Suite 300

          City/State/Zip:           San Francisco, CA 94108

          Telephone/Fax:         (415) 421-7151

          Email Address:          jfinberg@altshulerberzon.com

is admitted to practice pro hac vice as counsel for      Michael Danieli, on behalf of himself and       in the above
                                                                              those similarly situated,
captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.


Dated:
City, State:


                                                    _____
                                                    United States District/Magistrate Judge