SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Michael Danieli, on behalf of himself and those similarly situated,

Plaintiff,

- against -

International Business Machines Corporation

Defendant.

SCANNED

08 cv 3688 (RWS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Piper Hoffman a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Jahan C. Sagafi
Firm Name: Lieff, Cabraser, Heiman & Bernstein, LLP
Address: 275 Battery Street, 30th Floor
City/State/Zip: San Francisco, CA 94111
Phone Number: (415) 956-1000
Fax Number: (415) 956-1008

Jahan C. Sagafi is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Jahan C. Sagafi in any State or Federal court.

Dated: May 21, 2008
City, State: New York, NY

Respectfully submitted,

Sponsor's Piper Hoffman
SDNY Bar PH 4990
Firm Name: Outten & Golden LLP
Address: 3 Park Ave., 29th Floor
City/State/Zip: New York, NY 10016
Phone Number: (212) 245-1000
Fax Number: (212) 977-4005

Motion granted
So ordered
/s/ Sweet USDJ
6·3·08



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

SDNY Form Web 10/2006