SCANNED

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michael Danieli, on behalf of himself and those similarly situated,   Plaintiff, | |
| - against - | 08 cv 3688 (RWS) |
| International Business Machines Corporation   Defendant. | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Piper Hoffman a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: David A. Lowe
Firm Name: Rudy, Exelrod & Zieff, LLP
Address: 351 California Street, Suite 700
City/State/Zip: San Francisco, CA 94104
Phone Number: (415) 434-9800
Fax Number: (415) 434-0513

David A. Lowe is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against David A. Lowe in any State or Federal court.

Dated: May 21, 2008
City, State: New York, NY

Respectfully submitted,

Sponsor's Piper Hoffman
SDNY Bar PH 4990
Firm Name: Outten & Golden LLP
Address: 3 Park Ave., 29th Floor
City/State/Zip: New York, NY 10016
Phone Number: (212) 245-1000
Fax Number: (212) 977-4005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

Motion granted
So ordered
Sweet
USDJ
6-3-08

SDNY Form Web 10/2006