SCANNED

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Danieli, on behalf of himself and those similarly situated,

Plaintiff,

- against -

International Business Machines Corporation

Defendant.

08 cv 3688 (RWS)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Piper Hoffman a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Steven G. Zieff
Firm Name: Rudy, Exelrod & Zieff, LLP
Address: 351 California Street, Suite 700
City/State/Zip: San Francisco, CA 94104
Phone Number: (415) 434-9800
Fax Number: (415) 434-0513

Steven G. Zieff is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Steven G. Zieff in any State or Federal court.

Dated: May 21, 2008
City, State: New York, NY

Respectfully submitted,

Sponsor's Piper Hoffman
SDNY Bar PH 4990
Firm Name: Outten & Golden LLP
Address: 3 Park Ave., 29th Floor
City/State/Zip: New York, NY 10016
Phone Number: (212) 245-1000
Fax Number: (212) 977-4005

Motion granted
So ordered

[signature] USDJ
6.3.08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

SDNY Form Web 10/2006