# SCANNED

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Michael Danieli, on behalf of himself and those similarly situated,                    Plaintiff,

- against -

International Business Machines Corporation                    Defendant.

08   cv   3688   ( RWS )

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Piper Hoffman   a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | John T. Mullan |
| Firm Name: | Rudy, Exelrod & Zieff, LLP |
| Address: | 351 California Street, Suite 700 |
| City/State/Zip: | San Francisco, CA 94104 |
| Phone Number: | (415) 434-9800 |
| Fax Number: | (415) 434-0513 |

John T. Mullan     is a member in good standing of the Bar of the States of

California

There are no pending disciplinary proceeding against   John T. Mullan
in any State or Federal court.

Dated: May 21, 2008
City, State: New York, NY

Respectfully submitted,

Sponsor's   Piper Hoffman
SDNY Bar   PH 4990
Firm Name:   Outten & Golden LLP
Address: 3 Park Ave., 29th Floor
City/State/Zip: New York, NY 10016
Phone Number: (212) 245-1000
Fax Number: (212) 977-4005

*Motion granted*
*So ordered.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08