**SCANNED**

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michael Danieli, on behalf of himself and those similarly situated,     Plaintiff, | |
| - against - | 08 cv 3688 (RWS) |
| International Business Machines Corporation     Defendant. | MOTION TO ADMIT COUNSEL PRO HAC VICE |



MAY 23 2008

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Piper Hoffman     a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:  Kelly M. Dermody
    Firm Name:  Lieff, Cabraser, Heiman & Bernstein, LLP
    Address:  275 Battery Street, 30th Floor
    City/State/Zip:  San Francisco, CA 94111
    Phone Number:  (415) 956-1000
    Fax Number:  (415) 956-1008

Kelly M. Dermody     is a member in good standing of the Bar of the States of
California

There are no pending disciplinary proceeding against     Kelly M. Dermody
in any State or Federal court.

Dated: May 21, 2008
City, State: New York, NY

    Respectfully submitted,

    Sponsor's  Piper Hoffman
    SDNY Bar  PH 4990
    Firm Name:  Outten & Golden LLP
    Address:  3 Park Ave., 29th Floor
    City/State/Zip:  New York, NY 10016
    Phone Number:  (212) 245-1000
    Fax Number:  (212) 977-4005



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/08

Motion granted
So ordered
/s/ _____
USDJ
6.3.08

SDNY Form Web 10/2006