Wendy C. Butler (WB-2539)
wbutler@jonesday.com
Craig S. Friedman (CF-1988)
csfriedman@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELI, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | 08 CV 3688 (RWS)<br><br>ECF CASE<br><br>**RULE 7.1 CORPORATE <u>DISCLOSURE STATEMENT</u>** |

  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant International Business Machines Corporation ("IBM") hereby makes the following Corporate Disclosure Statement:

IBM has no parent corporation, and there is no publicly held corporation that owns 10% or more of IBM's stock.

Dated: June 6, 2008        JONES DAY

                /s/ Craig S. Friedman
                Wendy C. Butler (WB-2539)
                wbutler@jonesday.com
                Craig S. Friedman (CF-1988)
                csfriedman@jonesday.com
                222 East 41st Street
                New York, New York 10017
                (212) 326-3939
                Attorneys for Defendant
                International Business Machines Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT to be served on the following counsel of record this 6th day of June, 2008 by forwarding a copy, by First Class mail, addressed to:

| | |
|---|---|
| Adam T. Klein, Esq.<br>Piper Hoffman, Esq.<br>Tara Lai Quinlan, Esq.<br>Outten & Golden LLP<br>3 Park Avenue, 29th Floor<br>New York, New York 10016 | James M. Finberg, Esq.<br>Eve H. Cervantez, Esq.<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, California 94108 |
| Rachel Geman, Esq.<br>Lieff, Cabraser, Heimann & Berinstein LLP<br>780 Third Avenue, 48th Floor<br>New York, New York 10017 | Ira Spiro, Esq.<br>Sprio Moss Barness Harrison & Barge, LLP<br>11377 W. Olympic Boulevard, 5th Floor<br>Los Angeles, California 90064-1625 |
| Kelly M. Dermody, Esq.<br>Jahan C. Sagafi, Esq.<br>Lieff, Cabraser, Heimann & Bernstein LLP<br>275 Battery Street, 30th Floor<br>San Francisco, California 94111-3339 | J. Derek Braziel, Esq.<br>Lee & Braziel LLP<br>208 North Market Street<br>Dallas, Texas 75202 |
| Steven G. Zieff, Esq.<br>Patrice R. Goldman, Esq.<br>David A. Lowe, Esq.<br>Kenneth J. Sugarman, Esq.<br>David A. Lowe, Esq.<br>Rudy, Exelrod & Zieff LLP<br>351 California Street, Suite 700<br>San Francisco, California 94104 | Richard Burch, Esq.<br>Bruckner Burch, PLLC<br>5847 San Felipe, Suite 3900<br>Houston, Texas 77057 |
| Todd F. Jackson, Esq.<br>Lewis, Feinberg, Lee, Renaker & Jackson, P.C.<br>1330 Broadway, Suite 1800<br>Oakland, California 94612 | David Borgen, Esq.<br>Goldstein, Demchak, Baller, Borgen & Dardarian<br>300 Lakeside Drive, Suite 1000<br>Oakland, California 94612 |

    /s/ Craig S. Friedman
_____
Craig S. Friedman

NYI-4094285v1