Matthew W. Lampe (*pro hac vice* application pending)
mwlampe@jonesday.com
Wendy C. Butler (WB-2539)
wbutler@jonesday.com
Craig S. Friedman (CF-1988)
csfriedman@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

Matthew W. Ray (*pro hac vice* application pending)
mwray@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
(214) 220-3939

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | 08 CV 3688 (RWS)<br><br>ECF CASE<br><br>**MOTION TO ADMIT COUNSEL**<br>**PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Craig S. Friedman, a member of good

standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice

of



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

NYI-4092707v1

Matthew W. Lampe
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939
mwlampe@jonesday.com

Matthew W. Lampe is a member in good standing of the Bar of the State of Ohio. There are no pending disciplinary proceedings against Matthew W. Lampe in any State or Federal court.

Dated: June 5, 2008

JONES DAY

_/s/ Craig Fri_____
Craig S. Friedman (CF-1988)
csfriedman@jonesday.com
222 East 41st Street
New York, New York 10017
(212) 326-3939
Attorneys for Defendant
International Business Machines Corporation