UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELI, on behalf of himself and those similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>   Defendant. | 08 CV 3688 (RWS)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE ON<br><u>WRITTEN MOTION</u>** |

Upon the motion Craig S. Friedman, attorney for Defendant International Business Machines Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

Matthew W. Ray
Jones Day
2727 North Harwood Street
Dallas, Texas 75201
(214) 220-3939
mwray@jonesday.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

is admitted to practice *pro hac vice* as counsel for Defendant International Business Machines Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing disciplining of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 17, 2008

United States District Judge