UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELI, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | 08 CV 3688 (RWS)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON <u>WRITTEN MOTION</u>** |

Upon the motion Craig S. Friedman, attorney for Defendant International Business Machines Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

Matthew W. Ray
Jones Day
2727 North Harwood Street
Dallas, Texas 75201
(214) 220-3939
mwray@jonesday.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

is admitted to practice *pro hac vice* as counsel for Defendant International Business Machines Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing disciplining of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 2, 2008

                 _____
                 United States District Judge

NYI-4093637v1

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing MOTION TO ADMIT COUNSEL PRO HAC VICE to be served on the following counsel of record this 5th day of June, 2008 by forwarding a copy, by First Class mail, addressed to:

Adam T. Klein, Esq.
Piper Hoffman, Esq.
Tara Lai Quinlan, Esq.
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016

Rachel Geman, Esq.
Lieff, Cabraser, Heimann & Berinstein LLP
780 Third Avenue, 48th Floor
New York, New York 10017

Kelly M. Dermody, Esq.
Jahan C. Sagafi, Esq.
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery Street, 30th Floor
San Francisco, California 94111-3339

Steven G. Zieff, Esq.
Patrice R. Goldman, Esq.
David A. Lowe, Esq.
Kenneth J. Sugarman, Esq.
David A. Lowe, Esq.
Rudy, Exelrod & Zieff LLP
351 California Street, Suite 700
San Francisco, California 94104

Todd F. Jackson, Esq.
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, California 94612

James M. Finberg, Esq.
Eve H. Cervantez, Esq.
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108

Ira Spiro, Esq.
Sprio Moss Barness Harrison & Barge, LLP
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, California 90064-1625

J. Derek Braziel, Esq.
Lee & Braziel LLP
208 North Market Street
Dallas, Texas 75202

Richard Burch, Esq.
Bruckner Burch, PLLC
5847 San Felipe, Suite 3900
Houston, Texas 77057

David Borgen, Esq.
Goldstein, Demchak, Baller, Borgen & Dardarian
300 Lakeside Drive, Suite 1000
Oakland, California 94612

_____
Craig S. Friedman