SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

# SCANNED

Michael Danieli, on behalf of himself and those similarly situated,

Plaintiff,

- against -

International Business Machines Corporation

Defendant.

08 cv 3688 (RWS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,  Piper Hoffman  a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Todd F. Jackson |
| Firm Name: | Lewis, Feinberg, Lee, Renaker & Jackson, P.C. |
| Address: | 1330 Broadway, Suite 1800 |
| City/State/Zip: | Oakland, California 94612 |
| Phone Number: | (510) 839-6824 |
| Fax Number: | (510) 839-7839 |

Todd F. Jackson                                    is a member in good standing of the Bar of the States of

California

There are no pending disciplinary proceeding against  Todd F. Jackson
in any State or Federal court.

Dated: June 4, 2008

City, State: New York, NY

Respectfully submitted,

Sponsor's  Piper Hoffman
SDNY Bar  PH 4990
Firm Name:  Outten & Golden LLP
Address: 3 Park Ave., 29th Floor
City/State/Zip: New York, NY 100
Phone Number: (212) 245-1000
Fax Number: (212) 977-4005

So ordered

6/12-08

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 6/13/08 |

SDNY Form Web 10/2006

