## CONSENT TO JOIN FORM

### Consent to sue under the Fair Labor Standards Act (FLSA)

I work or worked for International Business Machines Corporation (IBM) at some point between June 12, 2007 and February 16, 2008 as a technical support worker with the primary duty of installing and/or maintaining computer software and hardware.

I choose to participate in the FLSA collective action titled *Danieli v. IBM Corp.*, 08-cv-3688 (S.D.N.Y.).

I choose to be represented in this matter by the named plaintiff(s) in this action.

Print Name: Carlos Flores

Signature: *[signed]* Carlos Flores

Date Signed: July 8, 2008

759693.1

c:d