SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Michael Danieli, on behalf of himself and those similarly situated,

Plaintiff,

- against -

International Business Machines Corporation

Defendant.

08 cv 3688    (RWS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Piper Hoffman attorney for Michael Danieli, on behalf of himself and those similarly situated,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Patrice L. Goldman |
| Firm Name: | Rudy, Exelrod & Zieff, LLP |
| Address: | 351 California Street, Suite 700 |
| City/State/Zip: | San Francisco, CA 94104 |
| Telephone/Fax: | (415) 434-9800 |
| Email Address: | plg@rezlaw.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

is admitted to practice pro hac vice as counsel for Michael Danieli, on behalf of himself and those similarly situated, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

7-9-08

FOR OFFICE USE ONLY: FEE PAID $ _____    SDNY RECEIPT#
SDNY Form Web 10/2006