Steven G. Zieff (State Bar No. 84222)
David A. Lowe (State Bar. No. 178811)
Patrice L. Goldman (State Bar. No. 142855)
Kenneth J. Sugarman (State Bar. No. 195059)
John T. Mullan (State Bar. No. 221149)
RUDY, EXELROD & ZIEFF, L.L.P.
351 California Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 434-9800
Facsimile:   (415) 434-0513
Email: sgz@rezlaw.com
Email: dal@rezlaw.com
Email: plg@rezlaw.com
Email: kjs@rezlaw.com
Email: jtm@rezlaw.com

Attorneys for Plaintiff and Class Members
[additional counsel on signature page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant.<br>_____ / | Case No. 08 CV 3688<br><br>Honorable Robert W. Sweet<br><br>**CLASS ACTION**<br><br><br>**NOTICE OF APPEARANCE OF STEVEN G. ZIEFF** |

TO THE CLERK OF THE COURT AND COUNSEL FOR DEFENDANT:

PLEASE TAKE NOTICE that attorney Steven G. Zieff of Rudy, Exelrod & Zieff, LLP located at 351 California Street, Suite 700, San Francisco, California 94104 hereby appears as additional counsel of record on behalf of Plaintiff in the matter of *Danieli v. International Business Machines Corporation*, Case No. 08 CV 3688, United States District Court for the Southern District of New York.  Steven G. Zieff hereby requests that copies of all notices,

1  pleadings, correspondence and other communications filed in this proceeding be provided to him.

2  DATED: July 14, 2008                                      RUDY, EXELROD & ZIEFF, LLP

4                                                            By:    */s/ Steven G. Zieff*
                                                                    STEVEN G. ZIEFF

6                                                            Attorneys for Plaintiff MICHAEL DANIELI
                                                             and Class Members

8   Adam T. Klein (AK 3293)                                  Rachel Geman (RG 0998)
    Piper Hoffman (PH 4990)                                  Lieff, Cabraser, Heimann & Bernstein, LLP
9   Tara Lai Quinlan (TQ 0717)                               780 Third Avenue, 48th Floor
    Outten & Golden LLP                                      New York NY 10017-2024
10  3 Park Avenue, 29th Floor                                Telephone: (212) 355-9500
    New York, NY 10016                                       Facsimile: (212) 355-9592
11  Telephone: (212) 245-1000                                rgeman@lchb.com
    Facsimile: (212) 977-4005                                www.lchb.com
12  atk@outtengolden.com
    ph@outtengolden.com
13  tlq@outtengolden.com
    www.outtengolden.com

15  Kelly M. Dermody                                         Michael Rubin
    Jahan C. Sagafi                                          James M. Finberg
    Lieff Cabraser Heimann & Bernstein, LLP                  Eve H. Cervantez
16  275 Battery Street, 29th Floor                           Rebekah Evenson
    San Francisco, CA 94111                                  Altshuler Berzon, LLP
17  kdermody@lchb.com                                        177 Post Street, Suite 300
    jsagafi@lchb.com                                         San Francisco, CA 94111
18                                                           Telephone: (415) 421-7151
                                                             Facsimile: (415) 362-8064
19                                                           jfinberg@altber.com
                                                             ecervantez@altber.com

21  Todd Jackson                                             David Borgen
    Lewis, Feinberg, Lee,                                    Laura L. Ho
      Renaker & Jackson, LLC                                 Goldstein, Demchak, Baller,
22  1330 Broadway, Suite 1800                                  Borgen & Dardardian
    Oakland, CA 94612                                        300 Lakeside Drive, Suite 1000
23  Telephone: (510) 839-6824                                Oakland, CA 94612
    Facsimile: (510) 839-7839                                Telephone: (510) 763-9800
24  tjackson@lewisfeinberg.com                               Facsimile: (510) 835-1417
                                                             borgen@gdblegal.com

LAW OFFICES OF
RUDY, EXELROD & ZIEFF, L.L.P.
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CA 94104
(415) 434-9800

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the following Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mailing addresses:

*Attorneys for Defendant International Business Machines*

| | |
|---|---|
| Craig Friedman | csfriedman@jonesday.com |
| Matthew W. Ray | mwray@jonesday.com |
| Wendy C. Butler | wbutler@jonesday.com |
| Matthew Willis Lampe | mwlampe@jonesday.com |

DATED: July 14, 2008                    RUDY, EXELROD & ZIEFF, LLP


By:   */s/ Steven G. Zieff*
          STEVEN G. ZIEFF

Attorneys for Plaintiff MICHAEL DANIELI and Class Members

LAW OFFICES OF
RUDY, EXELROD & ZIEFF, L.L.P.
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CA 94104
(415) 434-9800