Steven G. Zieff (State Bar No. 84222)
David A. Lowe (State Bar. No. 178811)
Patrice L. Goldman (State Bar. No. 142855)
Kenneth J. Sugarman (State Bar. No. 195059)
John T. Mullan (State Bar. No. 221149)
RUDY, EXELROD & ZIEFF, L.L.P.
351 California Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 434-9800
Facsimile:   (415) 434-0513
Email: sgz@rezlaw.com
Email: dal@rezlaw.com
Email: plg@rezlaw.com
Email: kjs@rezlaw.com
Email: jtm@rezlaw.com

Attorneys for Plaintiff and Class Members
[additional counsel on signature page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELI, on behalf of himself and those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　　Defendant.<br>_____/ | Case No. 08 CV 3688<br><br>Honorable Robert W. Sweet<br><br>**CLASS ACTION**<br><br><br>**NOTICE OF APPEARANCE OF KENNETH J. SUGARMAN** |

TO THE CLERK OF THE COURT AND COUNSEL FOR DEFENDANT:

PLEASE TAKE NOTICE that attorney Kenneth J. Sugarman of Rudy, Exelrod & Zieff, LLP located at 351 California Street, Suite 700, San Francisco, California 94104 hereby appears as additional counsel of record on behalf of Plaintiff in the matter of *Danieli v. International Business Machines Corporation*, Case No. 08 CV 3688, United States District Court for the Southern District of New York.  Kenneth J. Sugarman hereby requests that copies of all notices,

1  pleadings, correspondence and other communications filed in this proceeding be provided to him.

2  DATED: July 15, 2008                          RUDY, EXELROD & ZIEFF, LLP

By:   */s/ Kenneth J. Sugarman*
         KENNETH J. SUGARMAN

Attorneys for Plaintiff MICHAEL DANIELI
and Class Members

| | |
|---|---|
| Adam T. Klein (AK 3293)<br>Piper Hoffman (PH 4990)<br>Tara Lai Quinlan (TQ 0717)<br>Outten & Golden LLP<br>3 Park Avenue, 29th Floor<br>New York, NY 10016<br>Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005<br>atk@outtengolden.com<br>ph@outtengolden.com<br>tlq@outtengolden.com<br>www.outtengolden.com | Rachel Geman (RG 0998)<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>780 Third Avenue, 48th Floor<br>New York NY 10017-2024<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br>rgeman@lchb.com<br>www.lchb.com |
| Kelly M. Dermody<br>Jahan C. Sagafi<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>kdermody@lchb.com<br>jsagafi@lchb.com | Michael Rubin<br>James M. Finberg<br>Eve H. Cervantez<br>Rebekah Evenson<br>Altshuler Berzon, LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94111<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064<br>jfinberg@altber.com<br>ecervantez@altber.com |
| Todd Jackson<br>Lewis, Feinberg, Lee,<br>  Renaker & Jackson, LLC<br>1330 Broadway, Suite 1800<br>Oakland, CA 94612<br>Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839<br>tjackson@lewisfeinberg.com | David Borgen<br>Laura L. Ho<br>Goldstein, Demchak, Baller,<br>  Borgen & Dardardian<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>Telephone: (510) 763-9800<br>Facsimile: (510) 835-1417<br>borgen@gdblegal.com |

LAW OFFICES OF
RUDY, EXELROD & ZIEFF, L.L.P.
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CA 94104
(415) 434-9800

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, I electronically filed the following Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mailing addresses:

*Attorneys for Defendant International Business Machines*

| | |
|---|---|
| Craig Friedman | csfriedman@jonesday.com |
| Matthew W. Ray | mwray@jonesday.com |
| Wendy C. Butler | wbutler@jonesday.com |
| Matthew Willis Lampe | mwlampe@jonesday.com |

DATED:  July 15, 2008                                        RUDY, EXELROD & ZIEFF, LLP


                                                                              By:   */s/ Kenneth J. Sugarman*
                                                                                       KENNETH J. SUGARMAN

LAW OFFICES OF
RUDY, EXELROD & ZIEFF, L.L.P.
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CA  94104
(415) 434-9800

Page 1
CERTIFICATE OF SERVICE
CASE NO. 08 CV 3688