Adam T. Klein (AK 3293)
Piper Hoffman (PH 4990)
Tara Lai Quinlan (TQ 0717)
OUTTEN & GOLDEN LLP
3 Park Ave., 29th Floor
New York, NY 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
Email:  atk@outtengolden.com
Email:  ph@outtengolden.com
Email:  tlq@outtengolden.com

Rachel Geman (RG 0998)
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
Email:  rgeman@lchb.com

*Attorneys for Plaintiff and Class Members*
*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELI, on behalf of himself and those similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>  Defendant. | Case No.  08-cv-3688<br><br>**NOTICE OF FILING OF CONSENT TO JOIN FORM(S)** |

The Consent to Join form of the following individual is attached hereto as Exhibit A. This individual chooses to participate in this Fair Labor Standards Act collective action, and he chooses to be represented by the attorneys for Plaintiff in this action.

1. Shane M. Swacus

Dated:  July 18, 2008						Respectfully submitted,


							By:  */s/* Piper Hoffman
							        Piper Hoffman

							Adam T. Klein (AK 3293)
							Piper Hoffman (PH 4990)
							Tara Lai Quinlan (TQ 0717)
							OUTTEN & GOLDEN LLP
							3 Park Ave., 29th Floor
							New York, NY 10016
							Telephone:  (212) 245-1000
							Facsimile:  (212) 977-4005
							Email:  atk@outtengolden.com
							Email:  ph@outtengolden.com
							Email:  tlq@outtengolden.com

							Kelly M. Dermody (SBN 171716) (admitted *pro hac vice*)
							Jahan C. Sagafi (SBN 224887) (admitted *pro hac vice*)
							LIEFF, CABRASER, HEIMANN &
							   BERNSTEIN, LLP
							275 Battery Street, 30th Floor
							San Francisco, CA  94111-3339
							Telephone:  (415) 956-1000
							Facsimile:  (415) 956-1008
							Email:  kdermody@lchb.com
							Email:  jsagafi@lchb.com

							Rachel Geman (RG 0998)
							LIEFF, CABRASER, HEIMANN &
							   BERNSTEIN, LLP
							780 Third Avenue, 48th Floor
							New York, NY 10017-2024
							Telephone:  (212) 355-9500
							Facsimile:  (212) 355-9592
							Email:  rgeman@lchb.com

Steven G. Zieff (admitted *pro hac vice*)
Patrice R. Goldman (admitted *pro hac vice*)
David A. Lowe (admitted *pro hac vice*)
Kenneth J. Sugarman (admitted *pro hac vice*)
RUDY, EXELROD & ZIEFF, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
Email: szieff@reztlaw.com
Email: plg@reztlaw.com
Email: dal@reztlaw.com
Email: kjs@reztlaw.com

Todd F. Jackson (admitted *pro hac vice*)
LEWIS, FEINBERG, LEE, RENAKER &
　JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: tjackson@lewisfeinberg.com

James M. Finberg (admitted *pro hac vice*)
Eve H. Cervantez (admitted *pro hac vice)*
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Email: jfinberg@altshulerberzon.com
Email: ecervantez@altshulerberzon.com

Ira Spiro *(pro hac vice application forthcoming)*
SPIRO MOSS BARNESS HARRISON &
　BARGE, LLP
11377 W. Olympic Blvd., Fl. 5
Los Angeles, CA 90064-1625
Telephone: (310) 235-2468
Facsimile: (310) 235-2456
Email: ispiro@smbhblaw.com

J. Derek Braziel *(pro hac vice application forthcoming)*
LEE & BRAZIEL, LLP
208 N. Market Street
Dallas, TX 75202
Telephone: (214) 749-1400
Facsimile: (214) 749-1010
Email: jdbraziel@l-b-law.com

Richard Burch *(pro hac vice application forthcoming)*
BRUCKNER BURCH, PLLC
5847 San Felipe, Suite 3900
Houston, TX 77057
Telephone:  (713) 877-8788
Facsimile:  (713) 877-8065
Email:  rburch@brucknerburch.com

David Borgen (admitted *pro hac vice*)
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone:  (510) 763-9800
Facsimile:  (510) 835-1417
Email:  borgen@gdblegal.com

*Attorneys for Plaintiffs and the proposed Plaintiff Classes*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. 08 cv 3688 (RWS)(JCF) |

## CONSENT TO JOIN FORM

**Consent to sue under the Fair Labor Standards Act (FLSA)**

I work or worked for International Business Machines Corporation (IBM) at some point between June 12, 2007 and February 16, 2008 as a technical support worker with the primary duty of installing and/or maintaining computer software and hardware.

I choose to participate in the FLSA collective action titled *Danieli v. IBM Corp.*, 08-cv-3688 (S.D.N.Y.).

I choose to be represented in this matter by the named plaintiff(s) in this action.

Print Name: Shane M. Swacus

Signature: [signature]

Date Signed: 12 July 2008