1  Steven G. Zieff (State Bar No. 84222)
   David A. Lowe (State Bar. No. 178811)
2  Patrice L. Goldman (State Bar. No. 142855)
   Kenneth J. Sugarman (State Bar. No. 195059)
3  John T. Mullan (State Bar. No. 221149)
   RUDY, EXELROD & ZIEFF, L.L.P.
4  351 California Street, Suite 700
   San Francisco, CA  94104
5  Telephone:  (415) 434-9800
   Facsimile:   (415) 434-0513
6  Email: sgz@rezlaw.com
   Email: dal@rezlaw.com
7  Email: plg@rezlaw.com
   Email: kjs@rezlaw.com
8  Email: jtm@rezlaw.com

9  Attorneys for Plaintiff and Class Members
   [additional counsel on signature page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELI, on behalf of himself and those similarly situated, | Case No. 08 CV 3688 |
| | Honorable Robert W. Sweet |
| Plaintiff, | **CLASS ACTION** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | **NOTICE OF FILING OF CONSENT TO SUE FORM** |
| Defendant. | |

The following individual respectfully submits a written Notice of Consent to Sue under Federal Fair Labor Standards Act.  The Consent to Sue is executed by Anthony Holman and it is attached hereto as Exhibit A.

///

LAW OFFICES OF
RUDY, EXELROD & ZIEFF, L.L.P.
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CA 94104
(415) 434-9800

| | |
|---|---|
| DATED: July 23, 2008 | RUDY, EXELROD & ZIEFF, LLP |
| | |
| | By: */s/ Patrice L. Goldman* |
| |      PATRICE L. GOLDMAN |
| | |
| | Attorneys for Plaintiff MICHAEL DANIELI and Class Members |

Adam T. Klein (AK 3293)
Piper Hoffman (PH 4990)
Tara Lai Quinlan (TQ 0717)
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
atk@outtengolden.com
ph@outtengolden.com
tlq@outtengolden.com
www.outtengolden.com

Rachel Geman (RG 0998)
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York NY 10017-2024
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
rgeman@lchb.com
www.lchb.com

Kelly M. Dermody
Jahan C. Sagafi
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
kdermody@lchb.com
jsagafi@lchb.com

Michael Rubin
James M. Finberg
Eve H. Cervantez
Rebekah Evenson
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94111
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
jfinberg@altber.com
ecervantez@altber.com

Todd Jackson
Lewis, Feinberg, Lee,
  Renaker & Jackson, LLC
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone:  (510) 839-6824
Facsimile:  (510) 839-7839
tjackson@lewisfeinberg.com

David Borgen
Laura L. Ho
Goldstein, Demchak, Baller,
  Borgen & Dardardian
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:  (510) 763-9800
Facsimile:  (510) 835-1417
borgen@gdblegal.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2008, I electronically filed the following **NOTICE OF FILING OF CONSENT TO SUE FORM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mailing addresses:

*Attorneys for Defendant International Business Machines*

| | |
|---|---|
| Craig Friedman | csfriedman@jonesday.com |
| Matthew W. Ray | mwray@jonesday.com |
| Wendy C. Butler | wbutler@jonesday.com |
| Matthew Willis Lampe | mwlampe@jonesday.com |

DATED:  July 23, 2008                    RUDY, EXELROD & ZIEFF, LLP


By:    */s/ Patrice L. Goldman*
            PATRICE L. GOLDMAN

Attorneys for Plaintiff MICHAEL DANIELI
and Class Members

LAW OFFICES OF
RUDY, EXELROD & ZIEFF, L.L.P.
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CA 94104
(415) 434-9800

Page 1
CERTIFICATE OF SERVICE
CASE NO. 08 CV 3688

# **EXHIBIT A**

**EXHIBIT A**

# CONSENT TO SUE FORM

## Consent to sue under the Fair Labor Standards Act (FLSA)

I work or worked for International Business Machines Corporation (IBM) at some point between July 12, 2007 and February 16, 2008 as a technical support worker with the primary duty of installing and/or maintaining computer software and hardware.

I choose to participate in the FLSA collective action titled *Danieli v. IBM Corp.*, Case No. 08-3688 (S.D.N.Y.).

I choose to be represented in this matter by the named plaintiff(s) in this action and by the attorneys who already represent plaintiffs in this action, Lieff, Cabraser, Heimann & Bernstein, LLP; Rudy, Exelrod & Zieff, LLP; Lewis, Feinberg, Renaker & Jackson, P.C.; Outten & Golden LLP; Spiro Moss Barness Harrison & Barge LLP; Lee & Braziel, LLP; Bruckner Burch, PLLC; Goldstein, Demchak, Baller, Borgen & Dardarian; and other attorneys with whom they may associate.

Print Name:     __Anthony Holman__

Sign Name:      [signature]

Date Signed:    __06/10/2008__