Matthew W. Lampe (*pro hac vice*)
mwlampe@jonesday.com
Wendy C. Butler (WB-2539)
wbutler@jonesday.com
Jessica Kastin (JK-2288)
jkastin@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

Matthew W. Ray (*pro hac vice*)
mwray@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
(214) 220-3939

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DANIELI, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | **08 CV 3688 (RWS)**<br><br>**ECF CASE**<br><br>**<u>NOTICE OF APPEARANCE</u>** |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for International Business Machines

NYI-4115144v1

- 2 -

Corporation.  I certify that I am admitted to practice in this Court.

Dated:  August 22, 2008	JONES DAY

/s/ Jessica Kastin
_____

Jessica Kastin (JK-2288)
jkastin@jonesday.com
222 East 41st Street
New York, New York 10017
(212) 326-3939
Attorneys for Defendant
International Business Machines Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served on the following counsel of record this 22nd day of August, 2008 by forwarding a copy, by First Class mail, addressed to:

Rachel Geman, Esq.  
Lieff, Cabraser, Heimann & Bernstein LLP  
780 Third Avenue, 48th Floor  
New York, New York 10017

Ira Spiro, Esq.  
Sprio Moss Barness Harrison & Barge, LLP  
11377 W. Olympic Boulevard, 5th Floor  
Los Angeles, California 90064-1625

J. Derek Braziel, Esq.  
Lee & Braziel LLP  
208 North Market Street  
Dallas, Texas 75202

    /s/ Jessica Kastin  
_____  
Jessica Kastin

NYI-4115144v1