James M. Finberg (admitted *pro hac vice*)
Eve H. Cervantez (admitted *pro hac vice*)
Peder J. Thoreen (admitted *pro hac vice*)
Rebecca Smullin (admitted *pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone : (415) 421-7151
Email : jfinberg@altber.com
Email : ecervantez@altber.com
Email : pthoreen@altber.com
Email : rsmullin@altber.com

Lead Counsel for Plaintiffs and Proposed Collective Action Members
[additional counsel for Plaintiffs and Proposed Collective Action Members on signature page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MICHAEL DANIELI, on behalf of himself and those similarly situated,** | 08 CV 3688 (SHS) |
| **Plaintiff,** | ECF CASE |
| v. | **NOTICE OF MOTION FOR ORDER (1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS AND COLLECTIVE ACTION, (2) GRANTING PRELIMINARY APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, (3) DIRECTING DISSEMINATION OF NOTICE AND RELATED MATERIAL TO THE CLASS, (4) APPROVING RELEASES AND (5) SETTING DATE FOR FAIRNESS HEARING AND RELATED DATES** |
| **INTERNATIONAL BUSINESS MACHINES CORPORATION,** | |
| **Defendant.** | **Hon. Sidney H. Stein** |
| | Hearing Date: November 13, 2009 |
| | Hearing Time: 11:30 am |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of James M. Finberg and the exhibits thereto, the proposed Order, the pleadings and papers filed in this case, and any oral argument this Court permits, Plaintiffs Michael Danieli, Jose Silva, Steve March, Terri Golkowski, Bill Jacobs, Joseph Glavan III, Anthony Moore, Sr., Charles Antonelli, David Post, Thomas Ottogalli, Patrick McCambridge, Robert Nulty, James Caldwell, Barbara Luca, Timothy Rollins, Melanie Maruca, and Darryl Habeck ("Plaintiffs") will move this Court before the Honorable Sidney H. Stein, at 11:30 a.m. on Friday, November 13, 2009, for the relief set forth herein.

<u>First</u>, Plaintiffs move this Court for certification, for settlement purposes only, of the following Settlement Class pursuant to Fed. R. Civ. P. 23(a) and(b)(3) and Collective Action pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b):

> All current and former IBM employees who were in bands 6, 7, and/or 8 of position codes 499A, 499K, 594J, 595K, and/or 999A-E at any time on or after January 12, 2007 up through and including December 31, 2008 and were subsequently reclassified, during that time frame, to band 6, 7, or 8 of position code 995K or 999K, except that the Class does not include (1) the 382 such employees listed in the Appendix to the Settlement Agreement who, after being so reclassified, were re-reclassified to exempt positions and (2) any individual who has asserted any Released Claim (as defined in the Settlement Agreement) as a plaintiff in any lawsuit (other than the Litigation) that was pending and served on IBM as of September 16, 2009 and whom IBM identified to Class Counsel in writing prior to execution of the Settlement Agreement as a plaintiff in such a lawsuit.

<u>Second</u>, Plaintiffs respectfully request that this Court appoint them as class representatives of the Settlement Class.

<u>Third</u>, Plaintiffs respectfully request that the Court appoint their attorneys as class counsel for the Settlement Class.

Fourth, Plaintiffs move this Court for preliminary approval of a settlement of claims set forth in the Joint Stipulation of Settlement and Release of All Claims ("Settlement Agreement," attached to the Declaration of James M. Finberg as Exhibit 1) and the settlement reflected in that agreement ("Settlement").

Fifth, Plaintiffs move this Court for approval to send to the Class Members a proposed Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing ("Class Notice," attached to the Settlement Agreement as Exhibit A), a proposed Opt-Out Statement (attached to the Settlement Agreement as Exhibit B), and a proposed Claim Form and Release (attached to the Settlement Agreement as Exhibit C) (collectively "Notice Materials").

Sixth, Plaintiffs move this Court for approval of the individual releases to be signed by the named Plaintiffs (attached to the Settlement Agreement as Exhibit E).

Seventh, Plaintiffs respectfully move this Court for an Order setting a Fairness Hearing for final approval of the Settlement Agreement and Settlement, consistent with the time frame set forth in this Motion.

Defendant IBM – while not waiving any defenses or conceding facts and solely for the purpose of seeking to resolve this matter through settlement – does not oppose this Motion.

Dated: October 16, 2009

Respectfully submitted,

By: __/s/ James M. Finberg_____
        James M. Finberg

James M. Finberg (admitted *pro hac vice*)
Eve Cervantez (admitted *pro hac vice*)
Peder Thoreen (admitted *pro hac vice*)
Rebecca Smullin (admitted *pro hac vice*)
ALTSHULER BERZON, LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151

Facsimile:  (415) 362-8064
Email:  jfinberg@altber.com
Email:  ecervantez@altber.com
Email:  pthoreen@altber.com
Email:  rsmullin@altber.com

Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
OUTTEN & GOLDEN LLP
3 Park Ave., 29th Floor
New York, NY 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
Email:  atk@outtengolden.com
Email:  jms@outtengolden.com
Email:  tlq@outtengolden.com

Rachel Geman (RG 0998)
LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
Email:  rgeman@lchb.com

Kelly M. Dermody (admitted *pro hac vice*)
Jahan C. Sagafi (admitted *pro hac vice*)
LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email:  kdermody@lchb.com
Email:  jsagafi@lchb.com

Todd F. Jackson (admitted *pro hac vice*)
LEWIS FEINBERG LEE RENAKER &
   JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone:  (510) 839-6824
Facsimile:   (510) 839-7839
Email:  tjackson@lewisfeinberg.com

Steven G. Zieff (admitted *pro hac vice*)
David A. Lowe (admitted *pro hac vice*)
Patrice L. Goldman (admitted *pro hac vice*)
Kenneth J. Sugarman (admitted *pro hac vice*)
John T. Mullan (admitted *pro hac vice*)
RUDY EXELROD ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
Email: sgz@rezlaw.com
Email: dal@rezlaw.com
Email: plg@rezlaw.com
Email: kjs@rezlaw.com
Email: jtm@rezlaw.com

Ira Spiro (SBN 67641)
SPIRO MOSS, LLP
11377 W. Olympic Blvd., Fl. 5
Los Angeles, CA 90064-1625
Telephone: (310) 235-2468
Facsimile: (310) 235-2456
Email: ispiro@smbhblaw.com

J. Derek Braziel (admitted pro hac vice)
LEE & BRAZIEL, LLP
208 N. Market Street
Dallas, TX 75202
Telephone: (214) 749-1400
Facsimile: (214) 749-1010
Email: jdbraziel@l-b-law.com

Richard Burch (24001807 [TX])
BRUCKNER BURCH, PLLC
1415 Louisiana Avenue, Suite 7175
Houston, TX 77002
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
Email: rburch@brucknerburch.com

David Borgen (admitted *pro hac vice*)
GOLDSTEIN, DEMCHAK, BALLER, BORGEN
& DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417
Email: borgen@gdblegal.com

Michael Singer
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101
Phone: (619) 595-3001
Fax: (619) 595-3000
E-mail: msinger@ck-lawfirm.com

Daniel Palay
PALAY LAW FIRM
1484 East Main Street
Ventura, CA 93001
Telephone: (805) 641-6600
Facsimile:  (805) 641-6607
E-mail: djp@palaylaw.com

Douglas Werman
WERMAN LAW OFFICE, P.C.
77 West Washington, Suite 1402
Chicago, IL 60602
Telephone: (312) 419-1008
Fax: (312) 419-1025
dwerman@flsalaw.com

*Attorneys for Plaintiffs and the
Proposed Plaintiff Classes*