Exhibit 7

**GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN**
300 Lakeside Drive, Suite 1000 ♦ Oakland, CA 94612
(510) 763-9800 ♦ (510) 835-1417 (fax)
www.gdblegal.com

    Goldstein, Demchak, Baller, Borgen & Dardarian ("Goldstein Demchak") is a 15 attorney plaintiffs' law firm with a focus on complex and class action litigation, including employment discrimination, wage and hour, disability access, and other public interest litigation. Founded in 1972, Goldstein Demchak is one of the most successful private plaintiffs' public interest firms in the country. The firm has a national practice and has litigated class action lawsuits in Arizona, Florida, Georgia, Missouri, Michigan, Minnesota, Maryland, New York, Tennessee, Texas, as well as California.

    In the last decade, Goldstein Demchak has developed a successful wage and hour practice, and has become one of the leading plaintiffs' firms in the country on this subject. The firm has also played a part in strengthening the wage and hour laws for workers by submitting friends of the court briefs in several California Court of Appeal and Supreme Court cases, as well as an amicus brief in the United States Supreme Court. The firm has also advocated for workers before the California administrative body that formulates the orders governing wages, hours and working conditions. The firm's comments to the U.S. Department of Labor (DOL) opposing the proposed March 31, 2003 "white collar" overtime exemption regulations resulted in significant improvements in the final regulations as noted by the DOL in the *Federal Reporter* on April 23, 2004. Goldstein Demchak has successfully litigated cases on behalf of workers who were misclassified as "exempt" and were improperly denied overtime and other compensation in numerous wage and hour class and collective actions, including <u>Butler v. Countrywide</u> ($30 million settlement for loan production employees), <u>Bullock v. Automobile Club</u> ($19.5 million in settlement for insurance sales people), <u>Pearman v. CSAA</u> ($11.2 million settlement for sales agents), <u>Thomas v. CSAA</u> ($8 million settlement for claims adjusters), and <u>Harrison/Elmer v. Enterprise Rent-A-Car</u> ($6 million in settlement).

    The firm has also successfully prosecuted some of the largest employment discrimination cases in the country. In the largest monetary recovery ever recovered in a gender discrimination case brought under Title VII of the Civil Rights Act of 1964, Goldstein Demchak obtained $250 million for a class of women who were denied or deterred from positions as State Farm insurance sales agents (<u>Kraszewski v. State Farm General Ins., Co.</u>) As part of the settlement agreement in <u>Kraszewski</u>, which followed a successful trial, State Farm was required to fill 50 percent of its California sales position vacancies with women and to hire three female recruiters to find qualified women applicants. Goldstein Demchak also obtained the largest monetary recovery in a Title VII race discrimination case (<u>Haynes v. Shoney's, Inc.</u>) in which $132.5 million and broad injunctive relief was obtained on behalf of a class of African American employees and applicants. Goldstein Demchak also negotiated an $87.5 million settlement on behalf of women employees and applicants for sales positions at Home Depot stores in its Western Division (<u>Butler, et al. v. Home Depot, Inc.</u>) The settlement established new job selection procedures that created thousands of job opportunities in sales and management positions for women. Goldstein Demchak also recovered $80 million in a sex discrimination class action against Lucky Stores, Inc (<u>Stender v. Lucky Stores, Inc.</u>) The settlement followed a three-month trial and two appeals to the Ninth Circuit Court of Appeals. Subsequently, the firm obtained similar relief in gender discrimination class action against Publix Super Markets, Florida's largest private employer. (<u>Shores v. Publix Super Markets, Inc.</u>) The Publix settlement included significantly increased job opportunities for women and $81.5 million in monetary relief.

Goldstein Demchak also successfully resolved a race discrimination class action against Southern California Edison that challenged compensation and promotion inequities of African American employees (Rice v. Southern California Edison). The settlement resulted in extensive injunctive relief and a settlement fund of $18.25 million. Most recently, Goldstein Demchak co-counseled and negotiated a class action settlement in a gender discrimination case against MetLife (Mitchell v. Metropolitan Life Ins. Co., dba MetLife). The settlement provides for a payment of $13.4 million and extensive nationwide injunctive relief affecting sales agents and sales managers. Recently, the firm has also successfully tried a race discrimination class action against Lufkin Industries, Inc., McClain v. Lufkin Industries, Inc., in the Eastern District of Texas.

Goldstein Demchak also litigated the largest public accommodations case to date under Title II of the 1964 Civil Rights Act (Ridgeway v. Denny's). This class action brought on behalf of African American customers of Denny's Restaurants in California resulted in a $34.8 million settlement and established a monitoring system, training and other injunctive relief measures to assure that African American customers of Denny's nationwide receive non-discriminatory service in the future.

Goldstein Demchak also has successfully litigated Clean Water Act cases challenging excessive discharges of selenium into San Francisco Bay by Unocal, Tosco and Exxon Oil Companies, and a case brought against Dow Chemical Co., under California's Proposition 65 (prohibiting the discharge of carcinogens and other toxics into drinking water sources) resulting in injunctive relief, civil penalties and attorneys' fees in a combined total of more than $12 million.

Goldstein Demchak also has an active docket of disability access cases. The firm has been instrumental in negotiating landmark agreements on behalf of persons with vision impairments resulting in the installation of "talking ATMs" at thousands of Bank of America, Wells Fargo, Bank One, Wachovia, 7-11 and Citibank locations across the country and ensuring that persons with vision impairments receive financial materials in alternative formats, such as Braille and large print, from these banks as well as from American Express Company. In November 2005, the firm negotiated a precedential settlement with Wal-Mart Stores, Inc., whereby Wal-Mart will install point of sale machines that are accessible to customers with visual impairments at all Wal-Mart stores throughout the United States. The firm has also successfully litigated other cases involving access to public accommodations of behalf of persons with disabilities, including a class action against Macy's Department stores brought on behalf of persons with mobility disabilities, and a landmark federal case involving access to the judicial system of the State of Tennessee for citizens with mobility impairments. That case, entitled Lane v. Tennessee, established the right of citizens under the Americans with Disabilities Act to recover damages from the state government for denying them the due process right of access to state judicial proceedings.

Goldstein Demchak has long been recognized as one of the top plaintiffs' firms in the country. In July 1992, *The National Law Journal* ("A National Who's Who of the Top Lawyers in Employment Litigation") stated that Goldstein Demchak was "[i]n a league of their own on the plaintiffs' side, handling the largest class actions nationwide." A 1995 *Business Week* article called Goldstein Demchak "the swat team of bias litigation," noting that in the prior three years, the firm "ha[d] collected more than $600 million in damages and legal fees from companies its clients have sued for discrimination." The work of the firm was also detailed in the 2003 book Civil Warrior: Memoirs of a Civil Rights Attorney, written by Guy T. Saperstein, one of the firm's founding partners. In March 2004, *The Recorder*, San Francisco's daily legal newspaper, listed all of the firm's partners as among the "top attorneys" in employment law in the San Francisco Bay Area. Similarly, in August 2005, *Law and Politics Magazine* listed the firm's partners as Northern California "Super Lawyers."