Exhibit 11

RICHARD J. (REX) BURCH
## BRUCKNER BURCH PLLC
----------------------------------
1415 Louisiana, Suite 2125
Houston, Texas 77002
713-877-8788 ph
713-877-8065 fx

### GENERAL BACKGROUND

Richard J. (Rex) Burch is a shareholder in the A-V rated law firm of Bruckner Burch PLLC. He is admitted to practice in numerous federal courts, as well as all Texas state courts. Mr. Burch is a member of the American Bar Association's Fair Labor Standards Committee and the National Employment Lawyers Association - where he currently serves as a member of the Wage and Hour Committee. Mr. Burch has also served as an adjunct professor at the University of Houston Law Center, teaching a course in civil trial advocacy.

Mr. Burch represents employers and employees in multi-party actions arising under a variety of laws governing the workplace. In addition to having successfully represented clients in jury and bench trials, Mr. Burch has successfully negotiated the dismissal of charges of discrimination, Department of Labor investigations and lawsuits. His cases have been featured in the American Bar Journal, National Law Journal, and various newspapers across the country. Mr. Burch has been named a "Super Lawyer" and a "Rising Star" by the Texas Lawyer and Texas Monthly magazines, and is listed in the "Best Lawyers in America" for Labor & Employment law.

### EDUCATION

University of Houston Law Center, Juris Doctor (1997)
Houston, Texas

University of North Texas, Bachelor of Science (1994)
Denton, Texas

### BAR MEMBERSHIP

State Bar of Texas
United States Court of Appeals for the Fifth Circuit
United States District Court for the Eastern District of Texas
United States District Court for the Northern District of Texas
United States District Court for the Southern District of Texas
United States District Court for the Western District of Texas

**PROFESSIONAL ASSOCIATIONS**

    American Bar Association – Class Action & Mass Torts Committee
    American Bar Association – Fair Labor Standards Committee
    National Employment Lawyers Association - Wage & Hour Committee

**PUBLICATIONS AND PRESENTATIONS**

| ARTICLE | PUBLISHER/VENUE | DATE |
|---|---|---|
| Maximizing The Value of Wage & Hour Cases | National Employment Lawyers Association<br>*Rancho Mirage, California* | June 2009 |
| Wage and Hour Pitfalls and Pratfalls | University of Texas Law School<br>*Austin, Texas* | May 2009 |
| Workplace Investigations | University of Houston Law Center<br>*Houston & Dallas, Texas* | March 2009 |
| Wage & Hour Litigation: Plaintiffs' View | University of Houston Law Center<br>*Houston & Dallas, Texas* | December 2008 |
| Dealing with the Department of Labor in Wage & Hour Cases | American Conference Institute<br>*San Francisco, California* | October 2008 |
| FLSA: Collective Actions | ALI & ABA Webinar | May 2008 |
| Working with the Dept. of Labor in Wage and Hour Cases | American Conference Institute<br>*Coral Gables, Florida* | April 2008 |
| FLSA Collective Actions Texas Bar CLE Webcast | Texas State Bar | March 2008 |
| How an Employee's Lawyer Evaluates and Develops Claims | University of Houston Law Center<br>*Houston & Dallas Texas* | November & December 2007 |
| Litigating Large Scale Wage and Hour Cases | Legal Broadcast Network<br>*Scottsdale, Arizona* | November 2007 |
| Ethics and the FLSA: Hot Topics Update Texas Bar Webcast | Texas Bar Association<br>*Austin, Texas* | November 2007 |

| | | |
|---|---|---|
| Representing Workers in Individual & Collective Actions Under the FLSA NELA Seminar | National Employment Lawyers Association *New Orleans, Louisiana* | October 2007 |
| Cutting Edge Issues in Class Action and Collective Action Litigation | National Employment Lawyers Association *San Juan, Puerto Rico* | June 2007 |
| Procedural and Practical Issues in Litigating FLSA Collective Actions ABA Webinar | American Bar Association - Webinar | May 2007 |
| Pursuing and Defending FLSA Collective Actions Labor & Employment Law Conference | University of Texas Law School *Austin, Texas* | May 2007 |
| FLSA Overtime Litigation (Plaintiffs) | University of Houston Law Center *Houston & Dallas Texas* | March 2007 |
| Reducing Overtime Lawsuits: Practical Advice from Both Sides of the Legal Aisle | Pepper Hamilton LLP *Philadelphia, Pennsylvania* | February 2007 |
| Evaluating Wage and Hour Claims: A Plaintiff's Lawyer Perspective | University of Houston Law Center *Houston & Dallas Texas* | November 2006 |
| Pursuing and Defending FLSA Collective Actions Advanced Employment Law Seminar | University of Texas Law School *Austin, Texas* | May 2006 |
| FLSA Overtime Litigation Plaintiff's and Defendant's Perspectives | University of Houston Law Center *Houston & Dallas, Texas* | April 2006 |
| Overtime Litigation: The Plaintiff's Perspective | University of Houston Law Center *Houston & Dallas, Texas* | March 2005 |
| Class Actions Under the Fair Labor Standards Act | Texas General Counsel's Forum *Dallas, Texas* | February 2005 |
| Litigating Collective Actions Under the FLSA | Houston Bar Association: Labor & Employment Section *Houston, Texas* | June 2004 |
| Protecting Employee Rights under the FLSA, FMLA & Equal Pay Act | National Employment Lawyers Association *San Francisco, California* | March 2003 |

3

| | | |
|---|---|---|
| A Practitioner's Guide to Joint Employer Liability Under the FLSA | Houston Business and Tax Law Journal | December 2002 |
| Mastering the Trial Notebook in Texas (Contributing Author) | NBI, Inc.<br>*Houston, Texas* | March 2002 |